AO 240A (Rev. 12/03)

## UNITED STATES DISTRICT COURT
Eastern District of California



**FILED**

JAN 22 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

Jacqueline Smith

        Plaintiff,

v.

Aetna

        Defendant.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE NUMBER: 09-cv-03468 JAM GGH

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED

    ☐ The clerk is directed to file the complaint.

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 21st day of January, 2010.

_____
Signature of Judge

U.S. District Court Judge
Name and Title of Judge