**DAVID ALLEN (SBN 87193)**
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
(916) 455-4800 Telephone
(916) 451-5687 Facsimile

Attorneys for Plaintiff
JACQUELINE SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AETNA and DOES 1 to 100, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:09-cv-03468-JAM-GGH <br><br> **Order** |

GOOD CAUSE HAVING BEEN SHOWN THEREFORE, IT IS ORDERED THAT:

The time for Defendant Aetna Life Insurance Company to appear, answer, move or otherwise respond to Plaintiff's Complaint, shall be extended to and include April 2, 2010.

DATED: March 29, 2010          /s/ John A. Mendez
                               HONORABLE JUDGE JOHN A. MENDEZ

1
**Proposed Order**