TAD A. DEVLIN (SBN 190355)
SHANNON L. ROSS  (SBN 205714)
CARAINE R. LEON GUERRERO (SBN 266046)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY


DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Blvd.
Sacramento, CA  95819
Telephone: (916) 455-4800
Facsimile:  (916) 451-5687

Attorneys For Plaintiff
JACQUELINE SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SMITH,<br><br>             Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, and DOES 1 to 100<br><br>             Defendant. | CASE NO.  2:09-CV-03468-JAM-GGH<br><br>**STIPULATION AND  ORDER CONTINUING BRIEFING FOR CROSS-MOTIONS FOR JUDGMENT PURSUANT TO FED. R. CIV. PROC. 52** |

Defendant AETNA LIFE INSURANCE COMPANY ("Defendant") and Plaintiff JACQUELINE SMITH ("Plaintiff"), by and through their respective attorneys of record, Tad A. Devlin, Esq. of Gordon & Rees LLP, and David Allen, Esq. of David Allen & Associates, hereby stipulate to the following:

Plaintiff informed the Court in her Rule 52 cross-motion that the administrative record failed to contain documents. (Dkt. 17, p.6.)  Defendant acknowledges these documents were inadvertently left out of its original production to Plaintiff.  Defendant's counsel met and conferred with Plaintiff's counsel, and agreed to provide the following documents:

-1-

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING FOR CROSS-MOTIONS FOR JUDGMENT PURSUANT TO FED. R. CIV. PROC. 52                         CASE NO. 2:09-CV-03468-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  (1) Defendant's denial letter dated October 7, 2009;

2  (2) Dr. Andrew Goldberg's Physician Review report dated June 5, 2009; and

3  (3) Dr. Lucy Cohen's Physician Review report dated May 28, 2009.

4  Defendant and Plaintiff agree the above-referenced documents are included in the administrative record. Because Plaintiff had already filed her Rule 52 cross-motion (Dkt. 17) prior to receiving documents (2) and (3) from above, the parties agree that Plaintiff shall be able to re-file her Rule 52 cross-motion. The parties also agree and respectfully request to modify the remaining briefing schedule regarding the cross-motions for judgment, including the hearing date, which was originally set for April 20, 2011 (Dkt. 16.), as convenient with the Court.

Defendant and Plaintiff respectfully request the following remainder briefing schedule:

(1) Plaintiff's Re-filed Motion for Judgment shall be filed on or before March 28, 2011;

(2) Defendant's opposition and cross motion shall be filed on or before April 18, 2011;

(3) Plaintiff's reply and opposition shall be filed on or before May 2, 2011;

(4) Defendant's reply shall be filed on or before May 16, 2011; and

(5) Hearing on the cross motions to be set for June 15, 2011 at 9:30 a.m., or as convenient with the Court.

**IT IS SO STIPULATED.**

Dated: February 28, 2011          GORDON & REES LLP

                                  By: */s/ Tad A. Devlin*
                                  Tad A. Devlin
                                  Shannon L. Ross
                                  Caraine R. Leon Guerrero
                                  Attorneys for Defendant
                                  AETNA LIFE INSURANCE COMPANY

Dated: February 28, 2011          DAVID ALLEN & ASSOCIATES

                                  By: */s/ David Allen*
                                  David Allen
                                  Attorneys for Plaintiff
                                  JACQUELINE SMITH

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the briefing schedule for the parties' cross-motions for judgment shall be:

(1) Plaintiff's Re-filed Motion for Judgment shall be filed on or before March 28, 2011;

(2) Defendant's opposition and cross motion shall be filed on or before April 18, 2011;

(3) Plaintiff's reply and opposition shall be filed on or before May 2, 2011;

(4) Defendant's reply shall be filed on or before May 16, 2011; and

(5) Hearing on the cross motions to be set for June 15, 2011 at 9:30 a.m., or as convenient with the Court.

Dated:  3/1/2011

/s/ John A. Mendez
The Honorable John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111