TAD A. DEVLIN (SBN 190355)
CARAINE R. LEON GUERRERO (SBN 266046)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Blvd.
Sacramento, CA 95819
Telephone: (916) 455-4800
Facsimile: (916) 451-5687

Attorneys For Plaintiff
JACQUELINE SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SMITH,<br><br>             Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY, and DOES 1 to 100<br><br>             Defendant. | CASE NO. 2:09-CV-03468-JAM-GGH<br><br>**STIPULATION AND ORDER CONTINUING BRIEFING FOR CROSS-MOTIONS FOR JUDGMENT PURSUANT TO FED. R. CIV. PROC. 52** |

Defendant AETNA LIFE INSURANCE COMPANY ("Defendant") and Plaintiff JACQUELINE SMITH ("Plaintiff"), by and through their respective attorneys of record, Tad A. Devlin, Esq. of Gordon & Rees LLP, and David Allen, Esq. of David Allen & Associates, hereby stipulate to the following:

On February 28, 2011, the parties agreed to and requested from the Court to modify the briefing schedule regarding the cross-motions for judgment, including the hearing date, to the following schedule:

(1) Plaintiff's Re-filed Motion for Judgment shall be filed on or before March 28, 2011;

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  (2) Defendant's opposition and cross motion shall be filed on or before April 18, 2011;

2  (3) Plaintiff's reply and opposition shall be filed on or before May 2, 2011;

3  (4) Defendant's reply shall be filed on or before May 16, 2011; and

4  (5) Hearing on the cross motions to be set for June 15, 2011 at 9:30 a.m.

5  (Dkt. 19.) The Court granted the stipulation and ordered the modified briefing schedule.

6  (Dkt. 20.)

7  The parties are currently engaged in substantive settlement negotiations. In an effort to fully explore the possibility of settlement, the parties have met and conferred, agree, and respectfully request to further modify the briefing schedule regarding the cross-motions for judgment, including the hearing date, to the following schedule:

11  Defendant and Plaintiff respectfully request the following remainder briefing schedule:

12  (1) Plaintiff's Re-filed Motion for Judgment shall be filed on or before April 11, 2011;

13  (2) Defendant's opposition and cross motion shall be filed on or before May 2, 2011;

14  (3) Plaintiff's reply and opposition shall be filed on or before May 16, 2011;

15  (4) Defendant's reply shall be filed on or before May 31, 2011; and

16  (5) Hearing on the cross motions to be set for June 29, 2011 at 9:30 a.m., or as convenient with the Court.

18  **IT IS SO STIPULATED.**

Dated: March 28, 2011                    GORDON & REES LLP

                                         By:  */s/ Tad A. Devlin*
                                              Tad A. Devlin
                                              Caraine R. Leon Guerrero
                                              Attorneys for Defendant
                                              AETNA LIFE INSURANCE COMPANY

Dated: March 28, 2011                    DAVID ALLEN & ASSOCIATES

                                         By:  */s/ David Allen*
                                              David Allen
                                              Attorneys for Plaintiff
                                              JACQUELINE SMITH

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the briefing schedule for the parties' cross-motions for judgment shall be:

(1) Plaintiff's Re-filed Motion for Judgment shall be filed on or before April 11, 2011;

(2) Defendant's opposition and cross motion shall be filed on or before May 2, 2011;

(3) Plaintiff's reply and opposition shall be filed on or before May 16, 2011;

(4) Defendant's reply shall be filed on or before May 31, 2011; and

(5) Hearing on the cross motions to be set for June 29, 2011 at 9:30 a.m., or as convenient with the Court.

Dated: March 29, 2011

/s/ John A. Mendez\
The Honorable John A. Mendez

AETNA/1061019/9526961v.1

-3-

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING FOR CROSS-MOTIONS FOR JUDGMENT PURSUANT TO FED. R. CIV. PROC. 52     CASE NO. 2:09-CV-03468-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

Gordon & Rees LLP\
275 Battery Street, Suite 2000\
San Francisco, CA 94111